ADDIE M. RYDER, Appellant, v. GRACE E. RICKETTS and Others, Respondents. — Judgment reversed upon the law and the facts, and new trial granted, costs to appellant to abide the event, upon the ground that the determination of the trial court that the deeds involved were delivered is against the weight of the evidence. In coming to this conclusion we have taken into consideration the testimony of interested witnesses whose testimony might have been excluded if the proper objection had been made. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

MAX SCHWARTZ, Respondent, v. JACOB STONE and Others, Appellants.— Order resettling order dated April 12, 1927, granting plaintiff's motion to amend his amended complaint, affirmed, without costs. No opinion. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

ARNOLD WACHSBERGER, Respondent, v. BIMS REALTY COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

ADELAIDE E. WARNER, Respondent, v. JOHN GRABOWSKI, Appellant.— Order setting aside verdict and granting a new trial affirmed, with costs. No opinion. Young, Rich, Hagarty and Seeger, JJ., concur; Kapper, J., dissents.

LEON WIENER, Appellant, v. ELIZABETH LANGHANS, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

VERA WOJENSKI, as Administratrix, etc., of ALEX WOJENSKI, Deceased, Appellant, v. CARLTON PRANKARD, Respondent.— Judgment affirmed, with costs. No opinion. Rich, Kapper, Seeger and Carswell, JJ., concur; Lazansky, P. J., dissents and votes to reverse, being of opinion that it was for the jury to determine, as a question of fact, whether or not defendant was negligent in connection with the alleged overloading of the boat.

PHILIP ZIERING, Appellant, v. LOUIS H. SOLOMON and REALTY ASSOCIATES, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

In the Matter of the Application of JAMES A. SULLIVAN for Admission to the Bar. (From the State of New Jersey.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ.

YONKERS FUR DRESSING COMPANY, INC., Appellant, v. ROYAL INSURANCE COMPANY, LTD., and Others, Respondents. YONKERS FUR DRESSING COMPANY, INC., Appellant, v. STANDARD FIRE INSURANCE COMPANY and Others, Respondents. YONKERS FUR DRESSING COMPANY, INC., Appellant, v. NATIONAL LIBERTY INSURANCE COMPANY and Others, Respondents. YONKERS FUR DRESSING COMPANY, INC., Appellant, v. ROYAL INSURANCE COMPANY, LTD., and Others, Respondents.— Motions for leave to appeal to the Court of Appeals granted. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ. Settle order on notice, when question or questions may be formulated.